**United States District Court**
For the Northern District of California

1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   MALIBU MEDIA, LLC,                          No. C 16-01631 WHA
11           Plaintiff,
12     v.
13   JOHN DOE SUBSCRIBER ASSIGNED IP        **ORDER DISMISSING ACTION**
     ADDRESS 76.126.158.193,                **FOR LACK OF PROSECUTION**
14
15           Defendant.
                                       /
16
17          Pursuant to the order allowing Malibu Media to serve a third-party subpoena on
18   defendant's Internet service provider, Malibu Media had thirty-five days from the date on which
19   it received defendant's identifying information to serve defendant with the complaint and
20   summons in this action.  That deadline has long passed, and plaintiff has not sought an
21   extension of the deadline.  Accordingly, this action is **DISMISSED** for lack of prosecution.
22   Judgment will follow.
23
24          **IT IS SO ORDERED.**
25
26   Dated:   September 23, 2016.                   _____
                                                    WILLIAM ALSUP
27                                                  UNITED STATES DISTRICT JUDGE
28